Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ■
Kiki Chrisomallides*
Kevin D. Porter
Susan Vari

Edward J. Arevalo
Robert Boccio
Dylan Braverman
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Adam S. Covitt

Charles K. Faillace ±
Jerry Giardina
Anna Hock
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Megan A. Lawless‡
Guy A. Lawrence
Timothy P. Lewis --
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Leilani J. Rodriguez*
Tammy A. Trees
Christopher Whitton
Julia F. Wilcox ::

# VBPNP
## VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP

Angela R. Bonica †
Lindsey T. Brown
Cassidy Carlen
Brian DiPentima*
Michael P. Diven * ** ×
Roseann V. Driscoll
Tyler M. Fiorillo
Samantha M. Geller †
Morgan T. Gieser * **■
Lauren P. Ingvoldstadt†
Rani B Kulkarni
Vasilios D. Lolis
Michael V. Mantovani ∆
Nicole E. Martone
Diana V. Mauro
Joseph P. Muscarella
John P. O'Brien
Daniel O'Connell * ◊
Seema Palmerson
Douglas Rockitter
Nicole C. Salerno *
Andres J. Sanchez
Allison Sanders
Krista M. Schlueck *
Kathleen M. Thompson
Claudine Travers

Karolina Wiaderna
Alexandra Zerrillo * **
Erica B. Zilber †

*Of Counsel*
Margaret Antonino* ■
Graig R. Avino*
Michael J. Battiste
Josie M. Conelley
Daniele DeZago
Danielle M. Hansen
Mary M. Holupka
Thomas Jaffa
Valerie L. Siragusa
Ruth L. Tisdale *
Nicole R. Wittman

\* Also Admitted to Practice in NJ
\*\* Also Admitted to Practice in NJ, CT, DC
\*\*\* Also Admitted to Practice in NJ, CT, DC
— Admitted to Practice in Florida
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
× Also Admitted to Practice in MA
∆ Also Admitted to Practice in AZ, CA and NJ
:: Admitted to Practice in CO
† Admission Pending

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2/22/21*

**MEMO ENDORSED**

February 19, 2021

[Handwritten endorsement:
2/22/2021 You may file the motion papers at his [sic] health records under seal. However, you must (1) provide chambers with an unredacted paper copy of your motion and supporting papers, and (2) file a redacted version of your motion and supporting papers within 10 business days.]

<u>VIA ECF</u>

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   Garcia v. New York City Health and Hospitals Corporation
      Docket No.: 20-cv-09970-CM

Dear Judge McMahon:

We represent New York City Health and Hospital Corporation ("NYC H+H") in the above referenced matter. Per the briefing schedule approved by this Court, NYC H+H is serving and filing its Motion to Dismiss the Complaint on Monday, February 22, 2021.

Since the motions papers and the medical records attached as an exhibit thereto contain the plaintiff Felipa Garcia's protected health information, NYC H+H requests permission to file this motion under seal. <u>Plaintiff's counsel has consented to this request.</u>

It is respectfully requested that the Court grant the request to file the motion under seal. Thank you in advance for your consideration.

Respectfully submitted,

VIGORITO, BARKER, PATTERSON,
NICHOLS & PORTER, LLP

*Megan A. Lawless*

Megan A. Lawless (ML 3227)
(m.lawless@vbpnplaw.com)

cc:   Todd M. Rubin, Esq. – trubin@finzfirm.com
      Benjamin Posin Jacobs - bjacobs@finzfirm.com