Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock***
Kiki Chrisomallides*
Kevin D. Porter
Susan Varo

Edward J. Arevalo
Robert Boccio
Dylan Braverman
Thomas Brennan
Dawn Bristol
Kenneth J. Burford
Gilbert H. Chu
Adam S. Covitt

Charles K. Faillace ‡
Jerry Giardina
Anna Hock
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Megan A. Lawless ‡
Guy A. Lawrence
Timothy P. Lewis
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Leilani J. Rodriguez*
Tammy A. Trees
Christopher Whitton
Julia F. Wilcox

**VBPNP**

VIGORITO, BARKER, PATTERSON,
NICHOLS & PORTER, LLP

Angela R. Bonca ◊
Lindsey T. Brown
Cassidy Carlin
Bryan DiPentima†
Michael P. Diven * **
Roseann V. Driscoll
Tyler M. Fiorillo
Samantha M. Geller †
Morgan T. Giever * **
Lauren P. Ingvoldstadt*
Rani B. Kulkarni
Vasilios D. Lolis
Michael V. Mantovani ◊
Nicole E. Mattone
Dana V. Mauro
Joseph P. Muscarella
John P. O'Brien
Daniel O'Connell *
Seema Palmerson
Douglas Rockafter
Nicole C. Salerno *
Andres J. Sanchez
Allison Sanders
Krista M. Schincek *
Kathleen M. Thompson
Claudine Travers

Karolina Wiaderna
Alexandra Zerillo * **
Erica B. Zilber ◊

*Of Counsel*
Margaret Antonino* ■
Craig R. Avino*
Michael J. Battiste
Josie M. Conelley
Danielle DeZago
Danielle M. Hansen
Mary M. Holupka
Thomas Jaffa
Valerie L. Suagusa
Ruth F. Tisdale *
Nicole R. Wittman

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
~ Admitted to Practice in Florida
■ Also Admitted to Practice in IL
‡ Also Admitted to Practice in NJ and PA
◊ Also Admitted to Practice in MA
◊ Also Admitted to Practice in NJ, CT and NJ
+ Admitted to Practice in CO
† Admission Pending

# MEMO ENDORSED

March 18, 2021

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 03/18/2021]*

*[Handwritten: OK /s/ Colleen McMahon 3/18/21]*

    Re:    **Garcia v. New York City Health and Hospitals Corporation**
           **Docket No.: 20-cv-09970-CM**

Dear Judge McMahon:

    We represent New York City Health and Hospitals Corporation in the above referenced matter. We have conferred with plaintiff's counsel and make the following request **on consent**.

    Currently, the initial pretrial conference is scheduled for tomorrow March 19, 2021. The parties request that the conference be adjourned. The basis of the request is the pending (1) motion to dismiss pursuant to Rule 12(b) and (2) motion to remand. Both motions were exchanged on February 22, 2021; Opposition is due on March 22, 2021 and the Replies are due on April 12, 2021.

    We thank you for your consideration and are available to discuss this as this Court deems necessary.

                                                Respectfully submitted,

                                                VIGORITO, BARKER, PATTERSON,
                                                NICHOLS & PORTER, LLP

                                                *Dylan Braverman*
                                                Dylan Braverman [DB 5501]
                                                d.braverman@vbpnplaw.com

DCB/ws

cc:   (via CM/ECF)
      Todd M. Rubin, Esq. – trubin@finzfirm.com
      Benjamin Posin Jacobs - bjacobs@finzfirm.com